NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**K-MAR INDUSTRIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

and

**FIVE RIVER SERVICES LLC,**
*Defendant.*

———————————

2010-5090

———————————

Appeal from the United States Court of Federal Claims in No. 08-CV-877, Senior Judge Loren A. Smith.

———————————

**JUDGMENT**

———————————

MARILYN H. DAVID, Russell S. Gill, PLLC, of Biloxi, Mississippi, for plaintiff-appellant. Of counsel on the brief was RUSSELL S. GILL.

WILLIAM P. RAYEL, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for defendant-appellee. Of counsel on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRIAN M. SIMKIN, Assistant Director.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, LINN, and DYK, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 13, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |